IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW JERSEY,<br><br>*EX REL.* W. CLARK LAMBERT, MD, PhD<br><br>Plaintiffs,<br><br>vs.<br><br>DERMONE DERMATOLOGY ASSOCIATES OF NEW JERSEY, P.C., DERMONE, LLC, DIANON PATHOLOGY and LABORATORY CORPORATION OF AMERICA,<br><br>Defendants. | Civil Action No. 14-6016<br><br>**FILED UNDER SEAL**<br><br>RECEIVED SEP 19 2014 AT 8:30 __M WILLIAM T. WALSH, CLERK<br><br>**ORDER**<br><br>RECEIVED SEP 30 2014 AT 8:30 __M WILLIAM T WALSH CLERK |

Plaintiff/Relator has filed with the Court a Motion for leave to file an Original Complaint under seal. Relator's request is made pursuant to §3730(b)(2) of the Federal False Claims Act ("FCA"), which provides that a suit filed under §3730(b)(1) of the Act "shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." See 31 U.S.C. 3729-3733. Relator's Original Complaint alleges violations of the FCA by the Defendants and the action to be commenced is brought under §3730(b)(1) of the Act.

Accordingly, IT IS HEREBY ORDERED that Relator's Original Complaint is to be filed **under seal**. Relator shall not serve the Original Complaint upon Defendant as would otherwise be required by Fed. R. Civ. P 5(a).

DATED: September 30, 2014

_____
U.S. District Court Judge